

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00362-CV

Steve **NUNEZ**,
Appellant

v.

Alma Idalia **NUNEZ**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34916
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's Judgment Nunc Pro Tunc Modified and/or Correct Final Decree of Divorce is AFFIRMED. Costs of appeal are taxed against Appellant Steve Nunez.

SIGNED June 20, 2024.

Liza A. Rodriguez, Justice